UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO NEW YORK TOURS, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>GRAY LINE NEW YORK TOURS, INC., TWIN AMERICA, LLC, SIGHTSEEING PASS LLC, BIG BUS TOURS GROUP LIMITED, BIG BUS TOURS LIMITED, OPEN TOP SIGHTSEEING USA, INC., TAXI TOURS, INC., LEISURE PASS GROUP HOLDINGS LIMITED, THE LEISURE PASS GROUP LIMITED, and LEISURE PASS GROUP, INC.,<br><br>Defendants. | C.A. No. 1:23-cv-04256-ER<br>Hon. Edgardo Ramos, U.S.D.J.<br><br>ORAL ARGUMENT REQUESTED |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the undersigned hereby moves this Court on behalf of Defendants Big Bus Tours Group Limited, Big Bus Tours Limited, Open Top Sightseeing USA, Inc., Taxi Tours, Inc., Go City Holdings Limited (f/k/a Leisure Pass Group Holdings Limited), Go City Limited (f/k/a The Leisure Pass Group Limited), Go City, Inc. (f/k/a Leisure Pass Group, Inc.), Twin America, LLC, Gray Line New York Tours, Inc., and Sightseeing Pass LLC before the Honorable Edgardo Ramos in Courtroom 619 of the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, for an order dismissing the Amended Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and all other relief that the Court deems just and proper.

12273088-1

Dated:  New York, New York
        November 13, 2023

| | |
|---|---|
| WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation | OLSHAN FROME WOLOSKY LLP |

By:  */s/ Kenneth M. Edelson*
    Kenneth M. Edelson
    Jonathan M. Jacobson
    1301 Avenue of the Americas
    40th Floor
    New York, New York, 10019
    (212) 999-5800

*Counsel for Defendants Gray Line New York Tours, Inc., Twin America LLC, and Sightseeing Pass LLC*

By:  */s/ Peter M. Sartorius*
    Peter M. Sartorius
    Natasha G. Menell
    Stephen P. Ross
    1325 Avenue of the Americas
    New York, New York, 10019
    (212) 451-2300

*Attorneys for defendants Big Bus Tours Group Limited, Big Bus Tours Limited, Open Top Sightseeing USA, Inc., Taxi Tours, Inc., Go City Holdings Limited (f/k/a Leisure Pass Group Holdings Limited), Go City Limited (f/k/a The Leisure Pass Group Limited), and Go City, Inc. (f/k/a Leisure Pass Group, Inc.)*

2

12273088-1