UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO NEW YORK TOURS, INC.,<br><br>                         Plaintiff,<br><br>-against-<br><br>GRAY LINE NEW YORK TOURS, INC., *et al.*,<br><br>                         Defendants. | C.A. No. 1:23-cv-04256-ER<br>Hon. Edgardo Ramos, U.S.D.J. |

## DECLARATION OF JULIA CONWAY

I, JULIA CONWAY, declare the following:

1.     I am Executive Vice President of North America for Taxi Tours, Inc., the New York operating subsidiary of Big Bus Tours, Ltd. I have personal knowledge of the matters described herein and submit this declaration in support of Defendants' motion to dismiss the Amended Verified Complaint in this action.

2.     I have attached a true copy of the Memorandum of Understanding between Big Bus Tours, Ltd. and Twin America, LLC, Gray Line New York Tours, Inc., and affiliates, dated August 27, 2020, to my declaration as <u>Exhibit A</u>. This is the "written agreement" referenced—although mischaracterized—in Paragraph 44 and 55 of the Amended Verified Complaint.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: November 13, 2023

                                            */s/ Julia Conway*
                                             JULIA CONWAY

12272224-2