# EXHIBIT A

EXHIBIT 1 (PAGE 1)

# Confidential Memo



**To:**   Twin America, LLC, Gray Line New York Tours, Inc. and affiliates ("TA")
**From:**   Big Bus Tours, Ltd. ("BB")
**Date:**   August 27, 2020

**Re:**     **Memorandum of Understanding**

*This Memorandum of Understanding sets forth the terms for a re-selling arrangement between Twin America, LLC, Gray Line New York Tours, Inc. and affiliates ("TA") and Big Bus Tours, Ltd. ("BB"). This MOU's summary of terms is mutually agreed for this arrangement between the parties and is not intended to be legally binding, except that by signing below each party expressly agrees that neither party will have any liability or obligation with respect to or in connection with this MOU or the arrangement contemplated hereby (whether by virtue of this MOU, any other communications, any subsequent course of dealing or usage of trade, or otherwise) except as and to the extent may be expressly set forth in a subsequent definitive written agreement signed by the parties.*

| | |
|---|---|
| *Summary* | TA and BB propose to enter into an arrangement pursuant to which TA will sell sightseeing tour bus tickets and private hire services.  The sightseeing tours will be on BB's route network, operated solely by BB.  Private hires will be operated on BB's fleet of open top, double decker buses. BB shall continue to sell its products through its current distribution channels and at prices determined solely by BB, as will TA. |
| *Term* | • Term: 6 months, expiring automatically if both parties do not agree to extend prior to the end of the term.<br>• Either party may terminate at any time with 90-days' notice provided in writing. |
| *Rates* | • In the New York City market, BB's Classic ticket is provided to TA at a ▇% discount off of headline, full-price retail.<br>• In the New York City market where operated, BB's Night Tour ticket at a ▇% discount off of headline, full-price retail.<br>• In the New York City market where BB offers a promotional special (e.g., "kids ride free"), BB will match said promotion in its offer to TA. This does not apply to online purchase discounts or other general percentage discounts, which have already been taken into account in setting the percentage discount above.<br>• As additional core BB products (excluding third-party attractions) are added to BB's line-up in the New York City market, they will be made available for re-sale to TA at  a ▇% discount of headline, full-price retail.<br>• In all BB markets, private hires are $350 per hour with a three-hour minimum.<br>• Private hires must be vetted by BB for route and passenger safety protocols. |
| *Sales Channels and Marketing* | In each market, TA can re-sell in all sales channels, provided (a) it is consistent with the policies set forth in the *RESELLER TICKET AGREEMENT* entered into by the parties' affiliates on December 31, 2017 in Washington DC (to the extent such policies are applicable) and (b) with respect to in-market and on-street sales and other channels that are not permitted under such Reseller Ticket Agreement (but are permitted under this arrangement), re-sales are made under the applicable TA brand (not BB brand) consistent with TA's past practice and subject to reasonable policies and procedures to be agreed by the parties.  Without limiting the foregoing sentence, BB products will be made available to TA to rename and bundle for resale. |
| *Operational Network* | BB will maintain its operational network, and reserves the right to alter it at any time with proper notification to TA. |
| *Capacity* | Due to government-mandated restriction as a result of COVID-19, capacity is reduced to top-deck only at 50%.  ADA passengers/parties are, of course, permitted on the lower deck. Capacity will augment as regulations allow. |
| *Confidentiality* | Both parties agree to keep confidential all information about the companies and the terms and conditions of the transaction. |
| *Technology* | TA will cooperate with BB to integrate via API to facilitate passengers to board with digital tickets on BB's redemption technology. |

EXHIBIT 1 (PAGE 2)

| Intellectual Property | BB grants to TA the non-exclusive, royalty-free, worldwide, revocable license to use its Intellectual Property solely to the extent necessary for the resale of tickets to the same extent as provided in Section 7 of the RESELLER TICKET AGREEMENT referred to above (substituting the applicable market's TA brand in lieu of CitySights DC).. |
| --- | --- |

Mark Marmurstein for Twin America, LLC and Gray Line New York Tours, Inc.
Date

Pat Waterman for Big Bus Tours, Ltd.
Date

2