# EXHIBIT H

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT:    **HON. JENNIFER SCHECTER**                          PART    54

*Justice*

-------------------------------------------------------------------------X

TAXI TOURS INC.,OPEN TOP SIGHTSEEING USA, INC.,BIG BUS TOURS LIMITED,

| | |
|---|---|
| INDEX NO | 653012/2019 |
| MTN SEQ NOS | 006 007 |

Plaintiffs,

- v -

GO NEW YORK TOURS, INC.,GRAY LINE NEW YORK TOURS, INC.,TWIN AMERICA, LLC,SIGHTSEEING PASS LLC,GO CITY LIMITED, GO CITY NORTH AMERICA, LLC,GO CITY, INC,

**DECISION + ORDER ON MOTION**

Defendants.

-------------------------------------------------------------------------X

The following e-filed documents, listed by NYSCEF document number (Motion 006) 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 149, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179, 180, 181, 182, 183, 184, 185, 186, 187, 188, 189, 190, 191, 192, 203, 204, 205

were read on this motion to/for                    DISMISS                    .

The following e-filed documents, listed by NYSCEF document number (Motion 007) 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 206

were read on this motion to/for                    DISMISS                    .

Upon the foregoing documents, it is ORDERED that, for the reasons stated on the record, the motions by Big Bus Tours Limited and The Leisure Pass Group Limited and by Gray Line New York Tours, Inc., Twin America, LLC, and Sightseeing Pass LLC to dismiss the counterclaims asserted against them by Go New York Tours, Inc. are GRANTED, the Clerk is directed to enter judgment accordingly, and the remaining counterclaims are hereby severed and shall continue.  Movants are to e-file the transcript within 45 days.

20211202135928JSCHECTE6ACABE4816D14C1FB8E98C55C1066818

| | |
|---|---|
| **12/2/2021** | |
| DATE | JENNIFER SCHECTER, J.S.C. |

CHECK ONE:    [ ] CASE DISPOSED    [X] NON-FINAL DISPOSITION

[X] GRANTED    [ ] DENIED    [ ] GRANTED IN PART    [ ] OTHER

**653012/2019  TAXI TOURS INC. vs. GO NEW YORK TOURS, INC.**                    Page 1 of 1
**Motion No.  006 007**