**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

GO NEW YORK TOURS, INC.,

                      Plaintiff,

-against-

GRAY LINE NEW YORK TOURS, INC., TWIN AMERICA, LLC, SIGHTSEEING PASS LLC, BIG BUS TOURS GROUP LIMITED, BIG BUS TOURS LIMITED, OPEN TOP SIGHTSEEING USA, INC., TAXI TOURS, INC., LEISURE PASS GROUP HOLDINGS LIMITED, LEISURE PASS GROUP LIMITED, and LEISURE PASS GROUP, INC.,

                      Defendants.

Civil Action No. 1:23-cv-04256-ER

**AFFIRMATION IN OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT**

---

       **JENNA C. NEWMARK,** an attorney duly admitted to practice before the Courts of the State of New York, hereby avers, under penalty of perjury, as follows:

       1.     I am an associate at the law firm of Barton LLP, counsel for Plaintiff Go New York Tours, Inc., ("Go New York") in the above-captioned action.  I am personally familiar with the facts and circumstances of this case.  I submit this affirmation in opposition to Defendants' motion to dismiss the amended complaint for lack of personal jurisdiction.

       2.     A true and correct copy of excerpts from the transcript of the deposition of Julia Conway, taken on November 17, 2022 in the matter *Taxi Tours, Inc. v. Go New York Tours, Inc.*, Index No. 653012/2019 (Sup. Ct. N.Y. Cnty.), is attached as **Exhibit 1.**

Dated:   New York, New York
         December 13, 2023

                                     */s/ Jenna C. Newmark*
                                     Jenna C. Newmark