# <u>EXHIBIT 1</u>

Julia Conway
November 17, 2022

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK: IAS PART 54
------------------------------------------------------X
TAXI TOURS, INC.,,

                        Plaintiff,

        -against-    Index No.:  653012/2019

GO NEW YORK TOURS, INC.,

                        Defendants.
------------------------------------------------------X
GO NEW YORK TOURS, INC.,

                        Counterclaim Plaintiff,

        -against-

BIG BUS TOURS LIMITED, OPEN TOP SIGHTSEEING USA,

INC., TAXI TOURS, INC., THE LEISURE PASS GROUP

LIMITED, LEISURE PASS NORTH AMERICA, LLC, LEISURE

PASS GROUP, INC.

                        Counterclaim Defendants.

------------------------------------------------------X
                        November 17, 2022
                        10:00 a.m.


        EXAMINATION BEFORE TRIAL OF JULIA CONWAY,

the Plaintiff, taken by the Defendant, was held at

the offices of Olshan Frome Wolosky, 1325 Avenue of

the Americas, New York, New York, pursuant to

Notice, before a Notary Public and Court

Stenographer in and for the State of New York.

Julia Conway
November 17, 2022

J. CONWAY

A    Phil Boggin, the chief executive officer.

Q    Of which entity?

A    Big Bus Tours Limited.

Q    And where is Big Bus Tours located?

A    London.

Q    And how frequently do you report into Phil Boggin?

A    We have weekly leadership meetings.

Q    Are operations discussed at the weekly leadership meetings?

A    Yes.

Q    And do those include operations in North America?

A    Yes.

Q    Does that include operations in New York?

A    Yes.

Q    And in the weekly leadership meetings, is marketing or advertising discussed?

A    Infrequently, but yes.

Q    And what is discussed about marketing and advertising?

A    Predominantly our web channel, website.

Q    And what web channel are you referring to?

Julia Conway
November 17, 2022

J. CONWAY

        A      Website.

        Q      What site?

        A      BigBusTours.com.

        Q      What specifically is discussed about the website?

                MR. SARTORIUS:  Objection to form.

                MS. HORGAN:  You can answer.

        A      Its performance.

        Q      Do you report in about the performance of the website during these weekly leadership meetings or at all to Mr. Boggin?

        A      No.

        Q      Who does that, if anyone?

        A      That would be the person in charge of the web channel.  His name is John Atwood.

        Q      And who is John Atwood employed by?

        A      Big Bus Tours Limited.

        Q      And when you say he's in charge of the web channel, that would include the website for Big Bus Tours -- would that include the website for Taxi Tours doing business as Big Bus Tours New York?

        A      Yes.

        Q      What is his title?

        A      EVP of E-commerce.

Julia Conway
November 17, 2022

J. CONWAY

Q     Does he make decisions about what content is on the Taxi Tours, Inc. d/b/a Big Bus Tours New York website?

A     Yes.

Q     What kind of decisions has he made about it?  Can you give me examples?  Like put this on, take this down?

MR. SARTORIUS:  Objection to form.

A     I don't know.  His remit is really his. He swims in his lane.  His remit is his remit.  I really don't know the nuance.

Q     Does Taxi Tours, Inc. have its own marketing team?

A     No.

Q     Who handles advertising for Taxi Tours, Inc.?  When and in whatever way it markets itself?

A     Currently that would happen through the E-commerce and marketing team in London.

Q     Who else is on that team other than Mr. Atwood?

A     It's a big team.  Key people would be Louise.  I think her last name is Aldridge.

Q     Anyone else?  Key people?

A     Another guy, his name is Hugo.  I

Julia Conway
November 17, 2022

J. CONWAY

honestly don't know his last name.  My apologies.

Q     No, that's fine.

A     That's the team.

Q     And who is Patrick Waterman?

A     He is the executive chairman.

Q     Of which company?

A     Of Big Bus Tours Limited.

Q     Does he ever sit in on these leadership meetings?

A     Occasionally.

Q     Remind me of his title?

A     Executive chairman.

Q     And what is his role at the leadership meetings?

A     He is the -- how do I describe what he is -- he is the father of the organization.  He is pretty removed from the day-to-day.  He's very much involved with global board activity that I don't know much about.

Q     What does that mean?  Oh, the board of the company?

A     Yes.

Q     Got it.  Does that board oversee or manage Taxi Tours, Inc.?

Julia Conway
November 17, 2022

J. CONWAY

MR. SARTORIUS:  Objection to form.

A     I'm not sure what you mean by that question.

Q     Well, I should ask a better question first.  What company is that the board of?  I'm assuming you mean board of directors?

A     Yes.

Q     What company is that the board of directors for?

MR. SARTORIUS:  Objection to form.

A     Big Bus Tours Limited.

Q     Okay, the U.K.?

A     Yes.

Q     And who else is on the board?

A     I don't know all the board members.

Q     And does the board of directors for Big Bus Tours Limited have any oversight over Taxi Tours, Inc.?

MR. SARTORIUS:  Objection to form.

A     Ultimately, but it's not -- it doesn't, you know, it doesn't get involved in the day-to-day operations.

Q     So what does it get involved in as to Taxi Tours?

Julia Conway
November 17, 2022

J. CONWAY

A    Our strategic decisions for mergers and acquisitions, if any.  The banking, lenders.  It's really above much of what I'm able to explain to you.

Q    Is anyone from Taxi Tours, Inc. on the board?

A    No.

Q    Where is Patrick Waterman's office?

A    I don't know.  His house.

Q    That's fine.  Where does he live?

A    Oh, he lives in the UK.  I'm not certain where his residence is.

Q    How frequently do you speak to Mr. Waterman?

A    Infrequently.

Q    And what do you speak with him about when you speak to him generally?

A    If I speak with him when I speak with him, it is about the state of play in the U.S., discussions I've had with any of my, you know, colleagues on my line in other operations.  How my general managers are feeling about things.  He's very much a father figure of the organization.

Q    So when you say state of play in the

Julia Conway
November 17, 2022

J. CONWAY

A     Yes.

Q     Paragraph 10 says, "I did not participate in the drafting of the stipulation, nor did anyone else at Taxi Tour, Open Top, or Big Bus Tours Limited."  Were you ever a part of any meetings to discuss the stipulation?

A     Yes.  I sat in on one or two meetings when all three of the operators were together.  We talked about a whole plethora of things.

Q     What do you mean when you say you didn't participate in the stipulation?

A     When we were talking about a code of conducts at those meetings, it wasn't this farcical document that I envisioned.  It was much more representative of the code that I had been trying to get the operators.  At that time it was six of us, and the city to pay attention to when we first entered the market.

Q     And the reason for referring to this farcical document it is something you signed; right?

A     Yes.

            MS. HORGAN:  Let's take a break.

            (Whereupon, there was a pause in the proceeding.)

Julia Conway
November 17, 2022

J. CONWAY

Q    Ms. Conway, I'm showing you a document that was marked yesterday as Nolen Exhibit F.  Do I have that right?

A    Yes.

Q    Do you recognize what that document is?

A    It's an email exchange that includes me.

Q    And who is the first author of the first email?  It goes -- let's take the last go in the back and tell me who the email is from?

A    Looks like Charles.  It's kind of a funky format, but it looks like Charles.

Q    There is a Shareena Ali that is on that email chain?

A    Yes.

Q    Who is Ms. Ali?

A    Shareena was -- forgive me, I don't recall her title, but bump she was involved with the marketing department.

Q    And when you say "the marketing department," of which entity are you referring to?

A    That would be the central support office, so in London.

Q    Take your time to review those emails.

A    Okay.  It was a lot of repeating the

J. CONWAY

same.

Q    Yes.  That frequently happens.  Where did the emails in this chain from Ms. Ali, was she exerting management over what Big Bus was doing with respect to the Tripadvisor complaints?

MR. SARTORIUS:  Objection to form.

A    What do you mean exerting management?

Q    Was she giving input to how Big Bus New York was handling the complaints to Tripadvisor?

A    Yes, she was providing input.

Q    And at some point, did she take over those communications with Tripadvisor about the complaints against TopView?

A    Yes.

Q    And why did she do that?

A    To escalate and try to get results from a higher level within the organization.  That would probably be more succinct and be a little more bereft of a motion.

Q    You see the email on the first page which, by the way, I'm sorry, it's Bates number Big Bus US_0003723.  There is an email from Mr. Nolen to you, copied to Ms. Tinsley on January 18, 2019.  He writes, "Julia, I've been told by Shareena to back