**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GO NEW YORK TOURS, INC.,

                              Plaintiff,

  -against-                                                   23 **CIVIL** 4256 (ER)

                                                                          **JUDGMENT**

GRAY LINE NEW YORK TOURS, INC., TWIN
AMERICA, LLC, SIGHTSEEING PASS LLC, BIG
BUS TOURS GROUP LIMITED, BIG BUS TOURS
LIMITED, OPEN TOP SIGHTSEEING USA, INC.,
TAXI TOURS, INC., LEISURE PASS GROUP
HOLDINGS LIMITED, THE LEISURE PASS
GROUP LIMITED, and LEISURE PASS
GROUP, INC,

                              Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 27, 2024, the Court has GRANTED Defendants' motion to dismiss the complaint. The Foreign Defendants' motion is DENIED as moot. The Court has declined to exercise jurisdiction over the remaining state law claim; accordingly, the case is closed.

**Dated:**  New York, New York

        August 27, 2024

                                                           **DANIEL ORTIZ**
                                                           **Acting Clerk of Court**
                                   **BY:**    *K. Mango*
                                                              **Deputy Clerk**