# EXHIBIT A

Case 1:23-cv-04256-ER    Document 89-1    Filed 05/01/25    Page 2 of 2

## SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY: COMMERCIAL DIVISION

PRESENT:    **HON. JENNIFER G. SCHECTER**                    PART            54

*Justice*

------------------------------------------------------------------------------X

TAXI TOURS INC., OPEN TOP SIGHTSEEING USA, INC.,
BIG BUS TOURS LIMITED, GO CITY, INC, GO CITY
NORTH AMERICA, LLC, GO CITY LIMITED,

INDEX NO.        653012/2019

Plaintiffs,

**ORDER**

- v -

GO NEW YORK TOURS, INC., GRAY LINE NEW YORK
TOURS, INC., TWIN AMERICA, LLC, SIGHTSEEING PASS
LLC,

Defendants.

------------------------------------------------------------------------------X

It is ORDERED that:

- Go New York's request to compel Counterclaim Defendants to produce "all documents concerning the OAG's investigation, including the agreements identified by the OAG, other documents provided to the OAG, and all documents pertaining to the OAG's investigation and when Counterclaim Defendants first learned of it" is DENIED without prejudice to seeking this discovery if leave to amend is granted (*see* Dkts. 548-551).

- Go New York shall file its motion for leave to amend as soon as practicable.

- The deadline to complete fact depositions is extended to May 30, 2025.

- The parties shall submit their next joint status update by May 8, 2025, which should address the federal pre-motion conference and whether depositions should proceed pending a decision on the motion for leave to amend.

20250428183330JSCHECTER064CDB689074DFD832F2FE0A199A6B7

DATE: **4/28/2025**                    **JENNIFER G. SCHECTER, JSC**

## OTHER ORDER – NON-MOTION