**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GO NEW YORK TOURS, INC.,<br><br>               Plaintiff,<br><br>    -against-<br><br>GRAY LINE NEW YORK TOURS, INC., TWIN AMERICA, LLC, SIGHTSEEING PASS, LLC, BIG BUS TOURS GROUP LIMITED, BIG BUS TOURS LIMITED, OPEN TOP SIGHTEEING USA INC., TAXI TOURS INC., LEISURE PASS GROUP HOLDINGS LIMITED, THE LEISURE PASS GROUP LIMITED, and LEISURE PASS GROUP, INC.<br><br>              Defendants. | Civil Action No. 1:23-cv-04256-ER |

## <u>NOTICE OF MOTION</u>

**PLEASE TAKE NOTICE** that Plaintiff Go New York Tours, Inc., by and through its undersigned counsel, upon the accompanying affirmation of Randall L. Rasey dated May 28, 2025 and its exhibits thereto, and the accompanying Memorandum of Law, and upon all of the papers and proceedings heretofore had herein, hereby move this Court pursuant to Fed R. Civ. P. 60 and Fed R. Civ. P. 15 for an Order:

1.  Vacating this Court's order dated August 27 2024, Docket No. 78, by which this Court dismissed Go New York's First Amended Complaint;

2.  Granting Go New York leave to file a Second Amended Complaint; and

3.  Granting such other and further relief as this Court may deem just and proper.

2

Dated May 28, 2025 in New York, New York

**BARTON LLP**

By: ***/s/ Maurice Ross***
    Maurice N. Ross
    Randall L. Rasey
    A.J. Monaco
    Barak F. Bacharach

711 Third Avenue, 14th Floor
New York, New York 10017
(212) 687-6262
mross@bartonesq.com
rrasey@bartonesq.com
ajmonaco@bartonesq.com
bbacharach@bartonesq.com
*Attorneys for Plaintiff Go New York Tours, Inc.*