**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| GO NEW YORK TOURS, INC., | Civil Action No. 1:23-cv-04256-ER |
| Plaintiff, | |
| -against- | |
| GRAY LINE NEW YORK TOURS, INC., TWIN AMERICA, LLC, SIGHTSEEING PASS, LLC, BIG BUS TOURS GROUP LIMITED, BIG BUS TOURS LIMITED, OPEN TOP SIGHTEEING USA INC., TAXI TOURS INC., LEISURE PASS GROUP HOLDINGS LIMITED, THE LEISURE PASS GROUP LIMITED, and LEISURE PASS GROUP, INC. | **DECLARATION IN SUPPORT OF MOTION TO VACATE JUDGMENT AND FOR LEAVE TO AMEND** |
| Defendants. | |

RANDALL L. RASEY, avers and affirms the following:

1.      I am a Partner at the law firm of Barton LLP, Counsel for Plaintiff Go New York Tours, Inc. ("Go New York,"), and an attorney admitted to practice law before the Courts of the State of New York and this Court. I submit this affirmation in support of Go New York's motion to vacate this Court's Order of August 27, 2024 and Judgment, and for leave to amend its Complaint.

2.      A true and correct copy of the New York Attorney General's ("NYAG") "Assurance of Discontinuance" in the Matter of Big Bus Tours Limited, et al., Assurance No. 24-070, dated September 9, 2024, as it was published on the NYAG's web site at https://ag.ny.gov/sites/default/files/settlements-agreements/big-bus-tours-limited-et-al-assurance-of-discontinuance-2025.pdf, is attached hereto as **Exhibit 1.**

3.      A true and correct copy of the NYAG's "Assurance of Discontinuance" in the Matter of Twin America, LLC, et al., Assurance No. 25-015, dated April 10, 2025, as it was published on the NYAG's web site at https://ag.ny.gov/sites/default/files/settlements-

agreements/twin-america-llc-et-al-assurance-of-discontinuance-2025_0.pdf, is attached hereto as **Exhibit 2.**

4.      A clean copy of Go New York's proposed Second Amended Verified Complaint is attached hereto as **Exhibit 3.**

5.      A "redlined" copy of Go New York's proposed Second Amended Verified Complaint showing the changes from the First Amended Verified Complaint is attached hereto as **Exhibit 4.**

6.      On or about May 14, 2025, I sent a written request to respective counsel of Defendants for them to provide us with copies of the eight allegedly anticompetitive agreements which the NYAG identified in the aforesaid Assurances of Discontinuances that were not already provided to us, for purposes of our drafting Go New York's proposed Second Amended Verified Complaint. Defendants' counsel declined to do so.

7.      I declare this 28th day of May 2025, under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge.


                                         */s/ Randall L. Rasey*
                                        Randall L. Rasey

2