**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GO NEW YORK TOURS, INC.,

                    Plaintiff,

        -against-

GRAY LINE NEW YORK TOURS, INC., TWIN AMERICA, LLC, SIGHTSEEING PASS, LLC, BIG BUS TOURS GROUP LIMITED, BIG BUS TOURS LIMITED, OPEN TOP SIGHTEEING USA INC., TAXI TOURS INC., LEISURE PASS GROUP HOLDINGS LIMITED, THE LEISURE PASS GROUP LIMITED, and LEISURE PASS GROUP, INC.

                    Defendants.

Civil Action No. 1:23-cv-04256-ER

**REPLY DECLARATION OF**
**RANDALL LAUREL RASEY**

RANDALL LAUREL RASEY, declares as follows:

1.     I am a partner of the law firm Barton LLP, counsel for plaintiff Go New York Tours, Inc. ("Go New York") in the above-captioned matter, and an attorney admitted to practice law before the Courts of the State of New York and this Court.

2.     I submit this reply declaration in support of Go New York's motion, pursuant to Fed. R. Civ. P. 15(a) and 60(b) to vacate this Court's Order of August 27, 2024 and for leave to amend its complaint.

3.     A true copy of a press release issued by the Office of the New York State Attorney General, entitled "Attorney General James Secures Over $2.5 Million from New York City Bus Tour Companies for Colluding to Limit Competition", dated April 16, 2025, as it appears on the New York State Attorney General's web site, at https://ag.ny.gov/press-release/2025/attorney-general-james-secures-over-25-million-new-york-city-bus-tour-companies, is annexed hereto as **Exhibit 5**.

4.      A true copy of an article published by the Gothamist, entitled "NYC bus tour giants fined $2.5M for collusion that hurt consumers, AG says", dated April 17, 2025, as it appears on the Gothamist web site, at https://gothamist.com/news/nyc-bus-tour-giants-fined-25m-for-collusion-that-hurts-consumers-ag-says, is annexed hereto as **Exhibit 6**.

5.      A true copy of an article published by Walters Kluwer, entitled "Antitrust Law Daily Wrap, ANTITRUST NEWS: New York AG settles collusion with two bus companies", dated April 17, 2025, as it appears on Walter Kluwer's web site, at https://www.vitallaw.com/news/antitrust-news-new-york-ag-settles-collusion-claims-with-two-bus-companies, is annexed hereto as **Exhibit 7**.

6.      I declare under the penalties of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated June 25, 2025 in New York, New York.

_____
Randall L. Rasey