# EXHIBIT 5

Case 1:23-cv-04256-ER   Document 97-1   Filed 06/25/25   Page 2 of 3



## *Letitia James*

New York State Attorney General

# *Attorney General James Secures Over $2.5 Million from New York City Bus Tour Companies for Colluding to Limit Competition*

## Big Bus and Twin America Will End Agreements that Limited Competition and Reduced Service for Consumers

## April 16, 2025

○        ○

NEW YORK – New York Attorney General Letitia James today secured over $2.5 million from one of the largest operators of hop-on/hop-off bus tours in New York City, Big Bus Tours Limited (Big Bus), and its former top competitor, Twin America, LLC (Twin America), for using illegal agreements to limit competition and service. An investigation by the Office of the Attorney General (OAG) found that Big Bus and Twin America entered into a series of unlawful agreements benefiting both companies in which Twin America agreed to stop operating its own buses in exchange for some of the highest commissions paid for reselling tickets for Big Bus tours. These agreements to stop competition and divide up the market are illegal because they can result in lower quality, less innovation, and higher prices for consumers. As a result of OAG's investigation, Big Bus and Twin America will pay over $2.5 million in combined penalties and end all of their collusive agreements that illegally limited competition.

"Healthy competition among bus tour companies helps ensure that the millions of people who visit New York City every year get a high-quality experience," said **Attorney General James**. "Twin America and Big Bus colluded behind the scenes to stop competing and split the commissions from ticket sales, cutting services for customers looking for bus tours. Today we are holding them accountable and ending their illegal agreements."

Beginning in 2020, Big Bus and Twin America entered into several different illegal and collusive agreements to limit competition. In exchange for ending its hop-on/hop-off

6/25/25, 5:59 PM
Attorney General James Secures Over $25 Million from New York City Bus Tour Companies for Colluding to Limit Competition
Case 1:23-cv-04256-ER   Document 97-1   Filed 06/25/25   Page 3 of 3

service, Twin America agreed to resell Big Bus tickets and receive higher commission rates than other companies selling Big Bus tickets. Big Bus agreed to operate several Twin America buses to give the appearance of competition and allow Twin America to keep its bus stop permits in New York City.

Under the settlements reached by OAG, both Big Bus and Twin America will end their illegal agreements in New York. In addition, Big Bus has agreed to pay $2 million in penalties and Twin America has agreed to pay $500,000, along with 30 percent of the proceeds of any sale of Twin America stock or assets up to $900,000. Big Bus and Twin America also cannot enter into any anticompetitive agreements in the future and must notify OAG of any future acquisition of any hop-on/hop-off bus tour operator in New York City.

These settlements are the latest example of Attorney General James taking action to stop companies from engaging in anticompetitive conduct that harms New Yorkers. In March, Attorney General James won her case against ski resort owner Intermountain for illegally buying and shutting down a competitor. Also in March, Attorney General James secured a settlement with the NCAA that will end its anticompetitive rules preventing student athletes from learning about name, image, and likeness compensation opportunities before committing to a school. In January 2025 and December 2024, Attorney General James secured settlements stopping anticompetitive no-poach agreements in the building services industry. In May 2024, Attorney General James joined 40 other states and the Department of Justice in suing Live Nation and Ticketmaster for monopolizing the live music industry.

This matter was handled by Assistant Attorneys General James Yoon and Michael D. Schwartz of the Antitrust Bureau, under the supervision of Bureau Chief Elinor R. Hoffmann and Deputy Bureau Chief Amy McFarlane. The Antitrust Bureau is part of the Division of Economic Justice, overseen by Chief Deputy Attorney General Christopher D'Angelo and First Deputy Attorney General Jennifer Levy.