# EXHIBIT 6

# Gothamist

Donate

NEWS

# NYC bus tour giants fined $2.5M for collusion that hurt consumers, AG says



"Why won't the MTA just add more cars to the G train?"

We're answering your burning transit questions every week in our newsletter On The Way.

Enter your email address here...

**SIGN UP FOR FREE**

*By submitting your information, you're agreeing to receive communications from New York Public Radio in accordance with our Terms.*

Share

**We rely on your support to make local news available to all**

Make your contribution now and help Gothamist thrive in 2025. Donate today

Two of New York City's biggest bus tour companies will have to pay more than $2.5 million after striking illegal deals that limited competition and reduced service for tourists seeking a bird's-eye view of the city, state officials said.

Big Bus and Twin America had a series of collusive agreements in which Twin America stopped running its own hop-on/hop-off buses in exchange for high commissions on reselling Big Bus tour tickets, according to state Attorney General Letitia James, who announced the settlements Wednesday.

The companies also took steps to conceal the arrangement, James' office said. Big Bus allegedly operated several of Twin America's buses to give the appearance of competition, while allowing Twin America to hold onto valuable bus stop permits.

"Twin America and Big Bus colluded behind the scenes to stop competing and split the commissions from ticket sales, cutting services for customers looking for bus tours," James said in a statement. "Today we are holding them accountable and ending their illegal agreements."

Under the settlements, Big Bus will pay $2 million in penalties, while Twin America will pay $500,000 and 30% of any future proceeds from the sale of its stock or assets, up to $900,000.

The companies are also barred from entering into similar anticompetitive agreements and must notify the attorney general's office of any future acquisition involving a New York City bus tour operator.

## 'Why won't the MTA just add more cars to the G train?"

We're answering your burning transit questions every week in our newsletter On The Way.

*By submitting your information, you're agreeing to receive communications from New York Public Radio in accordance with our Terms.*

Rebecca Kral, a spokesperson for Big Bus, said the company disputed the attorney general's findings.

"Big Bus agreed to resolve the AG's investigation only to avoid the further needless diversion of resources and business attention — allowing it to instead focus on its core mission: providing world-class tourism experiences for its customers," she said in a statement. "Big Bus will pursue all legal options available to correct the record."

Twin America did not immediately respond to a request for comment.

*This story has been updated with additional information.*

Tagged    ( TRANSPORTATION )   ( NEW YORK STATE )   ( LETITIA JAMES )   ( PUBLIC SAFETY )



### Giulia Heyward

Giulia Heyward is a breaking news reporter on the Day-Of desk. She previously worked at NPR, as a breaking news reporter, and the New York Times, as a reporting fellow on the national desk.

**'Why won't the MTA just add more cars to the G train?"**

We're answering your burning transit questions every week in our newsletter On The Way.

*By submitting your information, you're agreeing to receive communications from New York Public Radio in accordance with our Terms.*