# EXHIBIT 7

VitalLaw®

 Wolters Kluwer

## Antitrust Law Daily Wrap Up, ANTITRUST NEWS: New York AG settles collusion claims with two bus companies, (Apr 17, 2025)

By Jody Coultas, J.D.

The bus companies will collectively pay over $2.5 million to settle claims they used illegal agreements to limit competition.

The New York Attorney General's Office  announced that it has reached agreements with Big Bus Tours Limited and its former top competitor, Twin America, LLC, for using illegal agreements to limit competition and service.

Big Bus and Twin America were two of many companies that offer hop-on/hop-off bus tours of New York City. In 2019 and 2020, before the Covid-19 pandemic, Big Bus was the largest provider of HOHO bus tours in New York City and Twin America was the second largest provider of HOHO bus tours in New York City. Big Bus remains one of the largest providers of HOHO bus tours in New York City today.

The AG's Office investigated the companies, finding that the affiliates of Big Bus and Twin America entered into a series of unlawful agreements benefiting both companies in which Twin America agreed to stop operating its own buses in exchange for some of the highest commissions paid for reselling tickets for Big Bus tours. Through the Agreements and other oral and written assurances and conduct, Big Bus and Twin America agreed that (1) Twin America would re-sell tickets for Big Bus HOHO bus tours in New York City and Big Bus would pay Twin America higher commission rates than in any other city in which Twin America re-sells Big Bus HOHO bus tour tickets; and (2) Big Bus would operate between one and four HOHO buses owned by Twin America to enable Twin America to maintain its authorized bus stop permits in New York City.

These agreements to stop competition and divide up the market are illegal, the AG said, because they can result in lower quality, less innovation, and higher prices for consumers. There was no procompetitive benefits for these agreements.

Both Big Bus and Twin America will end their illegal agreements in New York. In addition, Big Bus has agreed to pay $2 million in penalties and Twin America has agreed to pay $500,000, along with 30 percent of the proceeds of any sale of Twin America stock or assets up to $900,000. Big Bus and Twin America also cannot enter into any anticompetitive agreements in the future and must notify OAG of any future acquisition of any hop-on/hop-off bus tour operator in New York City.

"Healthy competition among bus tour companies helps ensure that the millions of people who visit New York City every year get a high-quality experience," said Attorney General James. "Twin America and Big Bus colluded behind the scenes to stop competing and split the commissions from ticket sales, cutting services for customers looking for bus tours. Today we are holding them accountable and ending their illegal agreements."

Companies: Big Bus Tours Limited; Twin America LLC

News: Antitrust NewYorkNews

© 2025 CCH Incorporated and its affiliates and licensors. All rights reserved.    1    Jun 25, 2025 from VitalLaw®